IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SwissMarine Asia Pte. Ltd., | § | |
| | § | |
|     Plaintiff, | § | |
| | § | CIVIL ACTION NO.: 1-22-cv-00359 |
| vs. | § | |
| | § | IN ADMIRALTY, Rule 9(h) |
| Mosaic Fertilizer, LLC | § | |
| | § | |
|     Defendant, | § | |
| | § | |
| and | § | |
| | § | |
| Wells Fargo Bank, N.A. | § | |
| Wells Fargo Bank, National Association | § | |
| Fifth Third Bank, National Association | § | |
| Truist Bank | § | |
| | § | |
|     Garnishees. | § | |
| | § | |

**PLAINTIFF'S FRCP 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Plaintiff certify that Plaintiff SwissMarine Asia Pte. Ltd. is not a publicly traded company.

Dated: April 14, 2022.

Respectfully submitted,


*/s/ Joseph D. Austin*
Joseph D. Austin
State Bar No. 24101470
joseph.austin@kellyhart.com
KELLY HART & HALLMAN, LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Telecopy: (817) 878-9280


J. Stephen Simms
(*pro hac vice to be filed*)
jssimms@simmsshowers.com
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
SwissMarine Counsel