IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SwissMarine Asia Pte. Ltd., § <br> § <br> Plaintiff, § <br> § CIVIL ACTION NO.: 1:22-cv-00359 <br> vs. § <br> § IN ADMIRALTY, Rule 9(h) <br> Mosaic Fertilizer, LLC § <br> § <br> Defendant, § <br> § <br> and § <br> § <br> Wells Fargo Bank, N.A. § <br> Wells Fargo Bank, National Association § <br> Fifth Third Bank, National Association § <br> Truist Bank § <br> § <br> Garnishees. § | |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now J. Stephen Simms, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent SwissMarine Asia Pte. Ltd in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Simms Showers LLP with offices at:

    Mailing address:     201 International Circle, Suite 230
    City, State, Zip Code:  Baltimore, Maryland 21030
    Telephone:           410-783-5795
    Facsimile:           410-510-1789

2. Since 1985, Applicant has been and presently is a member of and in good standing with the Bar of the State of Maryland.

    Applicant's bar license number is 198-512-010-574.

3. Applicant has been admitted to practice before the following courts:

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice): Illinois (Inactive).

| Bar Code / ID | Jurisdiction | Date of Admission/Status |
|---|---|---|
| None | U.S. Supreme Court | 10/21/2002 Active |
| None | U.S. Court of Federal Claims | 11/22/2006 Active |
| None | U.S. Court of International Trade | 01/19/1984 Active |
| 382388 | U.S. District Court - District of Columbia | 09/14/1992 Active |
| 04269 | U.S. District Court - Maryland | 08/16/1985 Active |
| None | U.S. District Court – Northern Illinois | 12/21/1983 Active |
| None | U.S. District Court – N.Y. Western District | 12/21/2015 Active |
| None | U.S. Court of Appeals - 2nd Circuit | 02/01/2010 Active |
| None | U.S. Court of Appeals – 3rd Circuit | 10/02/1985 Active |
| None | U.S. Court of Appeals – 4th Circuit | 10/18/1985 Active |
| None | U.S. Court of Appeals - 5th Circuit | 07/18/2002 Active |
| None | U.S. Court of Appeals – 7th Circuit | 12/30/1983 Active |
| None | U.S. Court of Appeals – 9th Circuit | 11/30/2005 Active |
| None | U.S. Court of Appeals – 11th Circuit | 09/12/1995 Active |
| 53972 | U.S. Court of Appeals – D.C. Circuit | 02/15/2012 Active |
| 382388 | D.C. Court of Appeals | 09/12/1995 Active |
| 6185958 | Illinois Supreme Court | 11/09/1983 Inactive |
| 198-512-010-574 | Maryland Court of Appeals | 12/20/1985 Active |

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below: n/a

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses): n/a

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:     Joseph D. Austin

        Mailing address:    KELLY HART & HALLMAN, LLP, 201 Main Street, Suite 2500.
City, State, Zip Code:  Fort Worth, Texas 76102
Telephone:               (817) 332-2500

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of J. Stephen Simms to the Western District of Texas *pro hac vice* for this case only.

Dated: April 14, 2022.

        Respectfully submitted,

_____
J. Stephen Simms ( *pro hac vice* pending)
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Telephone:     410-783-5795
Facsimile:      410-510-1789
jssimms@simmsshowers.com
Attorneys for SwissMarine

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 14th day of April, 2022.

_____
J. Stephen Simms (*pro hac vice* pending)