IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SwissMarine Asia Pte. Ltd., § § § Plaintiff, § § vs. § § Mosaic Fertilizer, LLC § § Defendant, § § and § § Wells Fargo Bank, N.A. § Wells Fargo Bank, National Association § Fifth Third Bank, National Association § Truist Bank § § Garnishees. § | CIVIL ACTION NO.: IN ADMIRALTY, Rule 9(h) |

## **ORDER**

BE IT REMEMBERED on this the 14th day of April, 2022, there was presented to the court the Motion for Admission *Pro Hac Vice* filed by J. Stephen Simms ("Applicant") counsel for SwissMarine and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Application may appear on behalf of SwissMarine in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and

1

Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

    IT IS FINALLY ORDERED that Applicant's Pro Hac Vice status shall not become effective until Applicant has complied with all provisions of this Order.

    SIGNED this the _____ day of April 2022

                                                                                                  _____
                                                                                                  UNITED STATES DISTRICT JUDGE